**Order entered April 16, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01138-CR**
**No. 05-13-01139-CR**

**KENNETH PAUL LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-80745-2011, 380-80746-2011**

## ORDER

On January 28, 2014, this Court adopted a finding that appellant is indigent and entitled to proceed without payment for the record. We ordered Karla Kimbrell, as official court reporter of the 380th Judicial District Court, to coordinate the filing of the complete reporter's record by March 25, 2014. To date, we have not received the reporter's record nor have we received any correspondence from Ms. Kimbrell regarding the status of the reporter's record.

Accordingly, we **ORDER** Karla Kimbrell, as official court reporter of the 380th Judicial District Court, to coordinate the filing of the complete reporter's record by **APRIL 30, 2014**. If the complete reporter's record is not filed by that date, the Court will utilize the available

remedies, including ordering that Karla Kimbrell and Robyn Rodriguez not sit as court reporters until the complete reporter's record, including exhibits, is filed in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, official court reporter, 380th Judicial District Court; Robyn Rodriguez, court reporter; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE